UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KYLE ARAKAWA and
LINDEN ROSCHLI,**

      Plaintiffs,

v.                            CASE NO.: 8:13-cv-2257-T-33TBM

**NATIONAL CREDIT AUDIT
CORPORATION, and FST LEMANS, LLC,**

    **Defendants.**

_____/

**NOTICE OF PENDING SETTLEMENT**

    COMES NOW, Plaintiffs, by and through the undersigned counsel, and hereby submits this Notice of Pending Settlement, and states that Plaintiffs and Defendants have reached a global settlement with regards to this case and are preparing dismissal documents.

Dated:  February 17, 2014           Respectfully Submitted,

                                          **CENTRONE & SHRADER, LLC**
                                          1710 N. 19th Street, Suite 205
                                          Tampa, Florida 33605
                                          Phone:  (813) 360-1529
                                          Fax:     (813) 336-0832

                                          \_\_/s/Brian Shrader_____
                                          **BRIAN L. SHRADER, ESQ.**
                                          Florida Bar No. 57251
                                          e-mail: bshrader@centroneshrader.com
                                          **GUS M. CENTRONE, ESQ.**
                                          Florida Bar No. 30151
                                          e-mail: gcentrone@centroneshrader.com
                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing was filed with the Clerk of Court for the Middle District of Florida through the CM/EFC system that will give notice to all parties of record.  In addition a copy was served on counsel for Defendants via email.


\_\_/s/ Brian Shrader\_\_\_\_\_

Attorney