UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYLE ARAKAWA
and LINDEN ROSCHLI,

    Plaintiffs,

v.                        Case No.  8:13-cv-2257-T-TBM

NATIONAL CREDIT AUDIT
CORPORATION and
FST LEMANS, LLC,

    Defendants.
_____/

# O R D E R

THIS MATTER is before the Court on the parties' **Stipulation for Final Order of Dismissal with Prejudice** (Doc. 23).  The parties have settled this matter and agree to a dismissal of this action pursuant to their stipulation.  *See id.*

Upon consideration, the parties Stipulation (Doc. 23) is **APPROVED**.  This cause is hereby **DISMISSED WITH PREJUDICE**, with the parties bearing their own costs and fees, "except to the extent that the Plaintiffs' attorney fees and costs are paid from the settlement proceeds."  The Clerk is directed to close this case.

**Done and Ordered** in Tampa, Florida, this 20th day of February 2014.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record